# ELECTRONIC RECORD

229-15

COA #   11-14-00283-CR          OFFENSE: 1.02

STYLE: **Victor James Vargas v. The State of Texas**          COUNTY: Dawson

COA DISPOSITION:   DISMISSED          TRIAL COURT: 106th District Court

DATE: 11/20/14          Publish: NO   TC CASE #:   13-7245

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Victor James Vargas v. The State of Texas**          CCA #: **PD-0229-15**

_____*APPELLANT'S*_____ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
_____*REFUSED*_____          JUDGE: _____
DATE: *04/22/2015*          SIGNED: _____   PC: _____
JUDGE: *Per Curiam*          PUBLISH: _____   DNP: _____

--------------------------

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____